UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD THORNTON,

    Plaintiff,

CASE NO.: 3:16-cv-1225-J-32PDB

v.

S. SINGLETON, R.B. AVERY,
and CITY OF JACKSONVILLE,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**COME NOW** the Defendant, City of Jacksonville, by and through the undersigned counsel, and pursuant to Local Rule 3.08(a), hereby notify the Court that the parties have reached a settlement agreement in this case. The parties will file a stipulation of dismissal within 60 days.

Dated: November 8, 2017

    Respectfully submitted,

    **OFFICE OF GENERAL COUNSEL**
    **CITY OF JACKSONVILLE**

    */s/ Ashley B. Benson*
    **ASHLEY B. BENSON**
    **Assistant General Counsel**
    Florida Bar No.: 84022
    Office of General Counsel
    117 West Duval Street, Suite 480
    Jacksonville, Florida 32202
    (904) 630-1830
    (904) 630-1316 (fax)
    abenson@coj.net
    Attorney for Defendant City of Jacksonville

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of November, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically notice all counsel of record.

*/s/ Ashley B. Benson*
ASHLEY B. BENSON