**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RONALD THORNTON,

Plaintiff,

v. Case No. 3:16-cv-1225-J-32PDB

S. SINGLETON, R.B. AVERY, and
CITY OF JACKSONVILLE,

Defendants.

---

**ORDER**

The Court has been advised that this case has been settled (Doc. 26). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **January 8, 2018** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **January 8, 2018** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without**

**prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 13th day of November, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record