UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD THORNTON,                                    CASE NO.  3:16-cv-1225-J-32PDB

    Plaintiff,

v.

S. SINGLETON, R.B. AVERY,
and CITY OF JACKSONVILLE,

    Defendants.
_____/

**JOINT MOTION TO DISMISS WITH PREJUDICE**

COME NOW Plaintiff, RONALD THORNTON, by and through his undersigned attorney, and Defendants, S. SINGLETON, R. B. AVERY, and CITY OF JACKSONVILLE, by and through their attorneys, and jointly move this Honorable Court for an order dismissing this case against all Defendants. In support of this motion, the parties state that the matters in dispute between Plaintiff and all Defendants have been resolved.

WHEREFORE, Plaintiff and all Defendants pray that this Honorable Court enter an order dismissing this suit with prejudice, with each party to bear its own costs of court.

Dated: January 8, 2018

Respectfully Submitted,

1

2

| | |
|---|---|
| **FINNELL, McGUINNESS, NEZAMI & ANDUX, P.A.**<br><br>*/s/Gonzalo Andux*<br>**Gonzalo Andux, Esq.**<br>Florida Bar No. 0525286<br>GAndux@fmnlawyers.com<br>2114 Oak Street<br>Jacksonville, FL  32204<br>(904) 791-1101 telephone<br>(904) 791-1102 facsimile:<br>Attorney for Plaintiff, Ronald Thornton | **OFFICE OF GENERAL COUNSEL CITY OF JACKSONVILLE**<br><br>*/s/ Ashley B. Benson*<br>**Ashley B. Benson, Assistant General Counsel**<br>Florida Bar No.: 0084022<br>Email: ABenson@coj.net<br>117 West Duval Street, Suite 480<br>Jacksonville, Florida  32202<br>(904) 630-1830 telephone<br>(904) 630-1316 facsimile<br>Attorneys for Defendant, City of Jacksonville |
| | **KLAUSNER, KAUFMAN, JENSEN & LEVINSON, PA.,**<br><br>*/s/ Paul A. Daragjati*<br>**Paul A. Daragjati, Esq.**<br>Florida Bar No.: 0713813<br>Email: paul@robertdklausner.com<br>Klausner, Kaufman, Jensen and Levinson<br>7080 NW 4th St.<br>Plantation, Florida 33317<br>Tel: (954) 916-1202<br>Fax: (954) 916-1232<br>Attorney for Defendants, S. Singleton and R.B. Avery |