**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONALD THORNTON,

    Plaintiff,

v.                                        Case No. 3:16-cv-1225-J-32PDB

S. SINGLETON, R.B. AVERY, and
CITY OF JACKSONVILLE,

    Defendants.

## **O R D E R**

Upon review of Joint Motion to Dismiss With Prejudice (Doc. 28), filed on January 8, 2018, the motion (Doc. 28) is **GRANTED**, and this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of January, 2018.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record